MICHAEL B. HORROW (SBN 162917)
NICHOLE D. PODGURSKI (SBN 251240)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: npodgurski@donahuehorrow.com

Attorneys for Plaintiff,
STEPHEN D. BUCK, D.D.S.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN D. BUCK, D.D.S.,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUM GROUP AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>Defendants. | Case No.: C-08-5166 MMC<br>Honorable Maxine M. Chesney<br><br>ORDER RE:<br><br>[PROPOSED] JOINT STIPULATION OF THE PARTIES<br><br>Trial Date: April 19, 2010 |

The parties to the above referenced action, subject to the Court's approval, hereby stipulate as follows:

WHEREAS on February 20, 2009 the Court entered an Order that, "DISPOSITIVE MOTIONS shall be filed no later than January 15, 2010, and shall be noticed for hearing 35 days thereafter."

WHEREAS Defendants Unum Life Insurance Company of America and Unum Group intend to file a Motion for Summary Judgment and/or Motion for Summary Adjudication, such motion currently being due on January 15, 2010 and the hearing date to be set for thirty-five days thereafter, on February 19, 2010.

WHEREAS the parties met and conferred regarding the briefing schedule and the hearing date on this matter. On December 4, 2009, Michael B. Horrow, trial counsel for Plaintiff, informed Defense Counsel that he had a pre-planned vacation and would be unavailable from February 15-19, 2010. It was discovered that the hearing date required by the Court would be February 19, 2010 thereby conflicting with Mr. Horrow's calendar.

WHEREAS, pursuant to the Motion for Leave to File Oversized Brief, filed on December 30, 2009, Defendant has requested an extension on the 25 page limit pursuant to Local Rule 7-2. Plaintiff does not object to such extension, provided the same extension be granted to the Plaintiff. Defendant does not object to Plaintiff's request.

NOW THEREFORE, the parties in the above-referenced action hereby agree, subject to the Court's approval, to modify the schedule as follows:

1. All dispositive motions, including defendants' motion for summary judgment/adjudication and all supporting papers, shall be filed no later January 22, 2010 and shall be noticed for hearing thirty-five days thereafter, on February 26, 2010.

2. Pursuant to this Court's Local Rules, Plaintiff's Opposition Brief shall be filed no less than 21 days before the hearing date on February 5, 2010.

THE PARTIES FURTHER AGREE that, pending this Court's approval, Defendant may file its Motion for Summary Judgment, or in the alternative, for Summary Adjudication of Claims for Relief and Prayer for Damages of not more than 40 pages and that the Plaintiff's Opposition Brief may contain not more than 40 pages.

Respectfully submitted,

| | | |
|---|---|---|
| Dated: December 29, 2009 | | Donahue & Horrow, LLP |
| | | By: _____ |
| | | Michael B. Horrow |
| | | Nichole D. Podgurski |
| | | Attorneys for Plaintiff |
| | | STEPHEN D. BUCK, D.D.S. |
| Dated: December 30, 2009 | | MESERVE, MUMPER & HUGHES LLP |
| | | By: _____ |
| | | Linda M. Lawson |
| | | Sasha Lankarani |
| | | Attorneys for Defendants |
| | | UNUM LIFE INSURANCE COMPANY OF AMERICA and UNUM GROUP |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**, with the exception that the motion and opposition thereto shall not exceed 35 pages in length, exclusive of exhibits.
DATED: January 11, 2010

_____
Judge Maxine M. Chesney