IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN D. BUCK, D.D.S.,

    Plaintiff,

    v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,

    Defendants
 /

No. C-08-5166 MMC

**ORDER VACATING FEBRUARY 26, 2010 HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    Before the Court is defendants Unum Life Insurance Company of America and Unum Group's "Motion for Summary Judgment or, in the Alternative, for Summary Adjudication of Claims for Relief and Prayer for Damages," filed January 20, 2010. Plaintiff Stephen D. Buck, D.D.S. has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court hereby deems the matter suitable for decision thereon, and VACATES the hearing scheduled for February 26, 2010.

    **IT IS SO ORDERED.**

Dated: February 24, 2010

_____
MAXINE M. CHESNEY
United States District Judge