United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN D. BUCK, D.D.S.,

Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,

Defendants

_______________________________________/

No. C-08-5166 MMC

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Before the Court is defendants Unum Life Insurance Company of America and Unum Group's (collectively "Unum") "Motion for Summary Judgment or, in the Alternative, for Summary Adjudication of Claims for Relief and Prayer for Damages," filed January 20, 2010. Plaintiff Stephen D. Buck, D.D.S. ("Dr. Buck") has filed opposition, to which Unum has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court rules as follows.[1]

**BACKGROUND**

The following facts are undisputed.

In 1984, Unum's predecessor issued to Dr. Buck a "Disability Income Policy" (the "1984 Policy") (see Horrow Decl., filed February 5, 2010, Ex. B), and, in 1986, Unum's predecessor issued to Dr. Buck a "Disability Income Policy (the "1986 Policy") (see id. Ex.

[1]By order filed February 24, 2010, the Court took the matter under submission.