IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN D. BUCK, D.D.S., | No. C 08-5166 MMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | |
| Defendants / | |

    Plaintiff having advised the Court that the parties have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that plaintiff's claims alleged herein against defendants be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

    **IT IS SO ORDERED.**

Dated: March 30, 2010

                                                MAXINE M. CHESNEY
                                                United States District Judge