1  Linda M. Lawson (Bar No. 77130)
   LLawson@mmhllp.com
2  Sasha Lankarani (Bar No. 234188)
   slankarani@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  C. Mark Humbert (Bar No. 111093)
   markh@lifehealthlaw.com
7  GREEN & HUMBERT
   The Mills Building
8  220 Montgomery Street, Suite 1418
   San Francisco, California  94104
9  Telephone:  (415) 837-5433
   Facsimile:   (415) 837-0127
10
   Attorneys for Defendants
11 UNUM LIFE INSURANCE COMPANY OF
   AMERICA and UNUM GROUP
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 | STEPHEN D. BUCK D.D.S.,              ) Case No.  C-08-5166 MMC
                                          )
17 |         Plaintiff,                   ) [PROPOSED] ORDER FOR
                                          ) DISMISSAL OF ENTIRE ACTION
18 |    vs.                               ) WITH PREJUDICE
                                          )
19 | [PROPOSED] ORDER FOR                 ) [F.R.C.P. 41(a)]
     DISMISSAL OF ENTIRE ACTION           )
20   WITH PREJUDICE,                      )
                                          )
21 |         Defendants.                  )
     _____)

22

23        Based upon the stipulation of the parties and for good cause shown,

24        **IT IS HEREBY ORDERED** that this action, Case No. C-08-5166 MMC, is

25 dismissed in its entirety as to all defendants, with prejudice; and

26 / / /

27 / / /

28 / / /

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

110405.1                              1                [PROPOSED] ORDER FOR DISMISSAL
                                                       OF ENTIRE ACTION WITH PREJUDICE

1    **IT IS HEREBY FURTHER ORDERED** that each party shall bear its own
2    attorneys' fees and costs in this matter.

4    Dated:  April 27, 2010

     Hon. Maxine M. Chesney
     Judge, United States District Court

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

110405.1

2

[PROPOSED] ORDER FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE