1  Linda M. Lawson (Bar No. 77130)
   LLawson@mmhllp.com
2  Sasha Lankarani (Bar No. 234188)
   slankarani@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  C. Mark Humbert (Bar No. 111093)
   markh@lifehealthlaw.com
7  GREEN & HUMBERT
   The Mills Building
8  220 Montgomery Street, Suite 1418
   San Francisco, California  94104
9  Telephone:  (415) 837-5433
   Facsimile:   (415) 837-0127
10
   Attorneys for Defendants
11 UNUM LIFE INSURANCE COMPANY OF
   AMERICA and UNUM GROUP
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15 STEPHEN D. BUCK D.D.S.,                )
                                          )
16            Plaintiff,                  )   Case No.  C-08-5166 MMC
                                          )
17       vs.                              )   REVISED [PROPOSED] ORDER FOR
                                          )   DISMISSAL OF ENTIRE ACTION
18 UNUM LIFE INSURANCE                    )   WITH PREJUDICE
   COMPANY OF AMERICA; UNUM               )
19 GROUP; and DOES 1 THROUGH 10,          )   [F.R.C.P. 41(a)]
   INCLUSIVE,                             )
20                                        )
              Defendants.                 )
21                                        )

22

23       Based upon the stipulation of the parties and for good cause shown,

24       **IT IS HEREBY ORDERED** that this action, Case No. C-08-5166 MMC, is

25 dismissed in its entirety as to all defendants, with prejudice; and

26 / / /

27 / / /

28 / / /

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

110540.1                                  1

REVISED [PROPOSED] ORDER FOR
DISMISSAL OF ENTIRE ACTION WITH
PREJUDICE

1  **IT IS HEREBY FURTHER ORDERED** that each party shall bear its own
2  attorneys' fees and costs in this matter.
3
4  Dated:  May 3, 2010                                  _____
5                                                       Hon. Maxine M. Chesney
                                                        Judge, United States District Court



LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

110540.1                                    2

REVISED [PROPOSED] ORDER FOR
DISMISSAL OF ENTIRE ACTION WITH
PREJUDICE